## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | * |
| | * |
| v. | *   Case No. 21-mj-276 RMM |
| | * |
| **EZEKIEL STECHER** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion to Modify Conditions of Release. The Court having considered the Motion, being fully advised, it is this _____ day of _____, 2021:

**ORDERED**, that the Motion be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that Mr. Stecher's conditions of release be modified to permit him to leave his home and have access to the remainder of his property for purposes of farming.

All other conditions of release originally imposed remain in full force and effect.

_____
UNITED STATES JUDGE