**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No. 21-MJ-276 (RMM)** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **EZEKIEL KURT STECHER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF FILING**

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, respectfully gives notice that undersigned counsel for the government has provided

counsel for the defendant with government's attached viewing letter, dated April 26, 2021, in the

above-mentioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:     /s/ *Emory V. Cole*_____
EMORY V. COLE
Assistant United States Attorney
PA. Bar Number 49136
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On April 28, 2021, a copy of the foregoing notice and attached viewing letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the viewing letter.


/s/ *Emory V. Cole*
Emory V. Cole
Assistant United States Attorney