IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   * | |
| * | |
| **vs.**   * | |
| * | **Case No.: 21-mj-276-RMM** |
| **EZEKIEL KURT STECHER**   * | |
| * | |
| **Defendant**   * | |

## CONSENT MOTION TO CONTINUE
## STATUS CONFERENCE HEARING

COMES NOW, the Defendant, Ezekiel Kurt Stecher, by and through counsel Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., and hereby moves this Honorable Court with the consent of the United States, to continue the status hearing currently scheduled for Tuesday, June 15, 2021. In support of this Motion counsel state the following:

1. The Defendant is scheduled to appear before this Honorable Court on Tuesday, June 15, 2021 for a status hearing.

2. The undersigned counsel respectfully asks this Court to continue the current status hearing for approximately 90 days so that counsel for Mr. Stecher can review the discovery provided in this case.

3. This request is made with the consent of Government Counsel, Assistant United States Attorney Emory V. Cole.

1

4.	Mr. Stecher consents to the tolling of the speedy trial clock for an additional 90 days.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference hearing of Tuesday, June 15, 2021 for 90 days.

Respectfully submitted,

*Michael E. Lawlor*
_____
Michael E. Lawlor, Esquire
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland  20770
301.474.0044
mlawlor@verizon.net.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2021, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via email.

*Michael E. Lawlor*
_____
Michael E. Lawlor, Esquire