# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-mj-276 (RMM) |
| v. | : | |
| EZEKIEL KURT STECHER, | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia and counsel for defendant Stecher submit this Joint Motion to Continue Status Hearing in the above captioned matter currently scheduled for Monday September 13, 2021. The parties are seeking a continuance of the status hearing because the parties are discussing discovery and other issues at this time and need further time to complete those discussions. The parties are requesting a 60 day continuance of this matter.

The defendant waives and agrees that the Speedy Trial Clock is tolled from September 13, 2021, until the next date in the matter.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                ACTING UNITED STATES ATTORNEY
                                                D.C. Bar No. 415793

By:    */s/ Emory V. Cole*
          Emory V. Cole
          PA. Bar #49136
          Assistant United States Attorney
          United States Attorney's Office for D.C.
          555 Fourth Street, N.W., Fourth Floor
          Washington, D.C. 20530
          E-mail: Emory.Cole@usdoj.gov
          Telephone: (202) 252-7692