# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-mj-276 (RMM)** |
| v. | : | |
| **EZEKIEL KURT STECHER,** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Joint Motion to Continue the Status Hearing in this case, it is hereby:

**ORDERED** that the Joint Motion to Continue the Status Hearing is **GRANTED**, and

**FURTHER ORDERED and GRANTED,** the defendant waives and agrees and the Court affirms that the Speedy Trial Clock is tolled from September 13, 2021, until the next date in the matter; the parties are requesting a 60 day continuance of this matter;

**FURTHER ORDERED** that the new status hearing date in this matter is re-scheduled to November 8, 2021, at 1:00 p.m. before Magistrate Judge Robin M. Meriweather.

_____
Zia M. Faruqui
Magistrate Judge,
United States District Court for the District of Columbia

SIGNED this <u>13th</u> day of September, 2021