# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-MJ-276 (RMM) |
| | : | |
| **v.** | : | |
| | : | |
| **EZEKIEL KURT STECHER,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant additional discovery in the above-mentioned case as outlined in the government's attached discovery letter dated September 28, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: /s/ *Emory V. Cole*
EMORY V. COLE
Assistant United States Attorney
PA. Bar Number 49136
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

On September 28, 2021, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachment provided to counsel through the means described in the discovery letter.

*/s/ Emory V. Cole*
Emory V. Cole
Assistant United States Attorney
